Florence S. FITHIAN v. DEGNON CONTRACTING CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application granted. Order signed.

Michael H. FLAHERTY, and William T. Burke, respts., v. Frany A. KEENEY, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Rosalie FLATEAU, Plaintiff-Appellant, v. William H. BEERS and Lawrence M. Ludlington, doing business as West Side Storage Warehouse, Defendants-Respondents. (Supreme Court, Appellate Term, First Department. May 31, 1916.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Judgment dismissing the complaint, and plaintiff appeals. Reversed, and new trial granted, as to defendant Luddington, and affirmed as to defendant Beers.

PENDLETON, J. This is an appeal by plaintiff from a judgment dismissing the complaint, with $20 costs, entered on a decision granting defendants' motion, made at the opening of the trial, to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action. The action is to recover money paid under duress. The gravamen of the complaint is the duress exercised by defendant Luddington and the payment to him by reason thereof. All the allegations as to the contract with defendant Beers are by way of introduction and explanation. No charge of duress is made against defendant Beers, or payment to him, and as to him no cause of action is shown. Judgment should be reversed, with $15 costs, as to defendant Luddington, and a new trial granted; as to defendant Beers, the judgment should be affirmed, with $10 costs. All concur.

John A. FLEMING, respondent, v. BORDEN'S CONDENSED MILK COMPANY et al., appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion denied on condition that appellant Higginson perfect his appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Sarah FLYNN, respondent, v. James G. McLOUGHLIN, etc., appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, without costs.

In the Matter of Cornelius FOLEY, dec'd. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Edwin H. FORCE, applt., v. UNITED DISTILLERS' CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Order affirmed with $10 costs and disbursements. All concur.

In the matter of the petition in summary proceedings of Con FORD, landlord, respt., v. Mrs.

Richard MURPHY, tenant, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment unanimously affirmed, with costs.

FORD MOTOR COMPANY, Applt., v. CITY OF NEW YORK et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Angelo FORNIERI, applt., v. R. T. FORD CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order affirmed with costs. All concur.

In the Matter of John S. FOSTER, dec'd. Carry O. Foster et al., indiv. and as exrs., Applts. The Comptroller of the State of New York, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order (93 Misc. Rep. 400, 156 N. Y. Supp. 1005) affirmed, with costs. No opinion. Order filed.

Eleanor B. FOX, an infant, etc., Respt., v. EQUITABLE TRUST CO. OF NEW YORK, as Trustee, etc., et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

Olga FRAENKELL, Applt., v. Eugene J. FRAENKELL, Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed. No opinion. Order filed.

FRANCIS H. LEGGETT & COMPANY, respondent, v. Abraham ADER, defendant, and Benjamin Heidenreich, creditor-appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Ada M. FRANK, respt., v. ERIE RAILROAD CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Henry FRANKEL, respt., v. HERON MFG. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Appeal dismissed without costs upon stipulation filed.

Agnes FRAWLEY, respt., v. NEW YORK, ONTARIO & WESTERN RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Judgment (92 Misc. Rep. 145, 156 N. Y. Supp. 165) and order affirmed with costs. All concur.

Isidor FREY, Respt., v. E. REGENSBURG & SONS, Applt. (Supreme Court, Appellate